SEDGWICK, LLP
CURTIS D. PARVIN  (State Bar No. 116079)
*curtis.parvin@sedgwicklaw.com*
FREDERICK B. HAYES (State Bar No. 165315)
*frederick.hayes@ sedgwicklaw.com*
JEMMA E. ERIKSEN (State Bar No. 258454)
*jemma.eriksen@ sedgwicklaw.com*
3 Park Plaza, 17th Floor
Irvine, California  92614-8540
Tel: (949) 852-8200/ Facsimile: (949) 852-8282

Attorneys for Defendant
THE CITY OF NEWPORT BEACH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNIE T. PIKE and CHRISTY RUDDER,<br><br>          Plaintiffs,<br><br>     v.<br><br>THE CITY OF NEWPORT BEACH; AND DOES 1-10, INCLUSIVE;<br><br>          Defendants. | CASE NO. 2:CV08-8580 DSF (RNBx)<br><br>HON.  DALE S. FISCHER<br><br>**JUDGMENT**<br><br>Date Action Filed<br>   Original Complaint:  12/29/08<br>   First Amended Complaint:  2/23/09 |

Plaintiffs Arnie T. Pike and Christy Rudder brought this action on December 29, 2008 against defendant the City of Newport Beach asserting injunctive relief claims under Title II of the Americans with Disabilities Act ("ADA") and Section 504 of the Rehabilitation Act of 1973 ("RA"), as well as related claims under California statutes (California Government Code sections 4450, *et seq.* and 11135; Civil Code sections 51, 54, and 54.1 in connection with conditions allegedly existing on Balboa Island.

1    Cross-motions for partial summary judgment were heard by the court on
2 March 12, 2012. The court issued its decision on March 20, 2012, granting partial
3 summary judgment in favor of defendant on all issues asserted, and denying
4 plaintiffs' motion for partial summary judgment on all issues asserted (Docket #97).

5    After the court's order, the only remaining issues in the case related to the
6 sidewalks, curb cuts and ramps in the Marine Avenue business district on Balboa
7 Island. On April 25, 2012, the parties filed a stipulation for dismissal as to the
8 remaining claims.

9    Wherefore, pursuant to the Court's order on the parties' cross-motions for
10 partial summary judgment, JUDGMENT SHALL BE AND IS HEREBY
11 ENTERED in favor of defendant the City of Newport Beach and against plaintiffs
12 Arnie T. Pike and Christy Rudder. The court reserves jurisdiction to determine
13 whether defendant is entitled to attorney's fees, litigation expenses or costs, should
14 defendant timely apply for same.

DATED: 5/10/12

_Dale S. Fischer_
Hon. Dale S. Fischer
Judge of the Unites States District Court
Central District of California